IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUKE LEFEVER,<br><br>Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, in their Official and Individual capacities; SCOTT FRAKES, in their Official and Individual capacities; DR. DEOL, in their Official and Individual capacities; WARDEN WASAMER, in their Official and Individual capacities; WARDEN GABLE, in their Official and Individual capacities; CRUNSHANK, A.W., in their Official and Individual capacities; KEVIN WILKEN, P.L.I.O, in their Official and Individual capacities; SARA ALLEN, D.O.N., in their Official and Individual capacities; OLTROGGE, U.M., in their Official and Individual capacities; DOMINO, U.M., in their Official and Individual capacities; SCHULTS, C.O., in their Official and Individual capacities; DE LOS SANTOS, C.O., in their Official and Individual capacities; and UNKNOWN POLICY WRITERS, in their Official and Individual capacities;<br><br>Defendants. | 8:23CV187<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's Motion for Relief Correction, Filing No. 21, and Motion for Status, Filing No. 22. Both motions are granted.

In response to Plaintiff's Motion for Status the Court provides the following information regarding Plaintiff's case. On August 28, 2023, the Plaintiff filed a motion to amend his complaint and a proposed amended complaint (the "Complaint"). Filing No. 12; Filing No. 13. On September 1, 2023, this Court issued an order granting Plaintiff's motion to amend and instructing him to sign and file the signature page for the Complaint. Filing No. 20 at 6. The signature page was received by this Court on September 11, 2023. *See* Filing No. 13-1.

That same day Plaintiff also filed a Motion for Relief Correction seeking to correct a typographical error in his Complaint. Filing No. 21. The Court now grants the motion for relief correction and shall consider the correction when reviewing his Complaint.

As Plaintiff has been granted leave to proceed in forma pauperis, Filing No. 11, and as his initial partial filing fee of $4.00 has been received, *see* Text Entry dated June 15, 2023, the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in due course.

Accordingly, IT IS THEREFORE ORDERED that Plaintiff's Motions for Relief Correction and for Status, Filing Nos. 21 & 22, are granted, and the case shall progress consistent with this Memorandum and Order.

Dated this 22nd day of April, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court