IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUKE LEFEVER,<br><br>        Plaintiff,<br><br>vs.<br><br>NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, in their Official and Individual capacities; SCOTT FRAKES, in their Official and Individual capacities; DR. DEOL, in their Official and Individual capacities; WARDEN WASAMER, in their Official and Individual capacities; WARDEN GABLE, in their Official and Individual capacities; A.W. CRUNSHANK, in their Official and Individual capacities; KEVIN WILKEN, P.L.I.O, in their Official and Individual capacities; SARA ALLEN, D.O.N., in their Official and Individual capacities; U.M. OLTROGGEE, in their Official and Individual capacities; U.M. DOMINO, in their Official and Individual capacities; C.O. SCHULTS, in their Official and Individual capacities; C.O. DE LOS SANTOS, in their Official and Individual capacities; STATE OF NEBRASKA, in their Official and Individual capacities; DIANE SABATKA-RINE, in their Official and Individual capacities; ROB JEFFREYS, in their Official and Individual capacities; ROBERT A. MADSEN, in their Official and Individual capacities; DR. RALITHA JOHNSON, in their Official and Individual capacities; TERESA | 8:23CV187<br><br>**MEMORANDUM AND ORDER** |

| | |
|---|---|
| ROYER, in their Official and Individual capacities; JANET ARAUCO, in their Official and Individual capacities; CHERYL WILSON, in their Official and Individual capacities; MICHELLE WILHIEM, in their Official and Individual capacities; TAGGARD BOYD, in their Official and Individual capacities; MAJOR ILLIC, in their Official and Individual capacities; A.W. HURT, in their Official and Individual capacities; A.W. STEGEMAN, in their Official and Individual capacities; SHAWN FREEZE, D.W., in their Official and Individual capacities; VCM VAN LENGEN, in their Official and Individual capacities; CPL. THOMPSON, in their Official and Individual capacities; ERIC STAIGER, in their Official and Individual capacities; U.A. FRANZEN, in their Official and Individual capacities; SGT. DIERKING, in their Official and Individual capacities; U.M. GRUBER, in their Official and Individual capacities; U.M. NEUJAHR, in their Official and Individual capacities; C.O. HOLMES, in their Official and Individual capacities; and UNKNOWN, in their Official and Individual capacities;<br><br>                   Defendants. | |

This matter is before the Court on a motion seeking an extension of time of 60 days to file a second amended complaint. Filing No. 35. Good cause having been shown, the motion for extension shall be granted.

2

IT IS THEREFORE ORDERED that:

1. Plaintiff's motion seeking an extension of time to file a second amended complaint, Filing No. 35, is granted. Plaintiff has through and until **June 13, 2025**, to file a second amended complaint or move for additional time to do so.

2. The Clerk's office is directed to terminate the current pro se case management deadlines of March 31, 2025, to check for a second amended complaint and set a pro se case management deadline using the following text: **June 13, 2025**: check for second amended complaint.

3. Plaintiff is advised that, following the filing of his second amended complaint, the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. §§ 1915(e) and 1915A. The Court will conduct this initial review in its normal course of business.

4. Plaintiff is further advised that a failure to comply with this Memorandum and Order shall result in the severance of improperly joined claims and dismissal of non-cognizable claims as set forth in this Court's January 29, 2025, initial review of his Amended Complaint at Filing No. 13.

Dated this 14th day of April, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

3