IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUKE LEFEVER, <br><br> Plaintiff, <br><br> vs. <br><br> NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, in their Official and Individual capacities; SCOTT FRAKES, in their Official and Individual capacities; DR. DEOL, in their Official and Individual capacities; WARDEN WASAMER, in their Official and Individual capacities; WARDEN GABLE, in their Official and Individual capacities; A.W. CRUNSHANK, in their Official and Individual capacities; KEVIN WILKEN, P.L.I.O, in their Official and Individual capacities; SARA ALLEN, D.O.N., in their Official and Individual capacities; U.M. OLTROGGEE, in their Official and Individual capacities; U.M. DOMINO, in their Official and Individual capacities; C.O. SCHULTS, in their Official and Individual capacities; C.O. DE LOS SANTOS, in their Official and Individual capacities; STATE OF NEBRASKA, in their Official and Individual capacities; DIANE SABATKA-RINE, in their Official and Individual capacities; ROB JEFFREYS, in their Official and Individual capacities; ROBERT A. MADSEN, in their Official and Individual capacities; DR. RALITHA JOHNSON, in their Official and Individual capacities; TERESA | 8:23CV187 <br><br><br> **MEMORANDUM AND ORDER** |

| | |
|---|---|
| ROYER, in their Official and Individual capacities; JANET ARAUCO, in their Official and Individual capacities; CHERYL WILSON, in their Official and Individual capacities; MICHELLE WILHIEM, in their Official and Individual capacities; TAGGARD BOYD, in their Official and Individual capacities;  MAJOR ILLIC, in their Official and Individual capacities; A.W. HURT, in their Official and Individual capacities; A.W. STEGEMAN, in their Official and Individual capacities; SHAWN FREEZE, D.W., in their Official and Individual capacities; VCM VAN LENGEN, in their Official and Individual capacities; CPL. THOMPSON, in their Official and Individual capacities; ERIC STAIGER, in their Official and Individual capacities; U.A. FRANZEN, in their Official and Individual capacities; SGT. DIERKING, in their Official and Individual capacities; U.M. GRUBER, in their Official and Individual capacities; U.M. NEUJAHR, in their Official and Individual capacities; C.O. HOLMES, in their Official and Individual capacities; and UNKNOWN, in their Official and Individual capacities;<br><br>                    Defendants. | |

This matter is before the Court on a motion filed by Plaintiff seeking to extend his deadline to file his second amended complaint to June 30, 2024. Filing No. 37.  As cause, Plaintiff submits that additional time is needed to

prepare his second amended complaint due to his lack of legal training, limited access to a law library, and his disabilities. *Id.* at 1.

Upon consideration,

**IT IS ORDERED** that:

1. Petitioner's Motion, Filing No. 37, is **GRANTED**. Plaintiff shall have until **June 30., 2025**, to file his amended complaint.

2. The Clerk's Office is directed to terminate the previous pro se case management deadline of "June 13, 2025: check for check for second amended complaint," and to set the following pro se case management deadline: **June 30, 2025**: check for check for second amended complaint.

Dated this 24th day of June, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

3