IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LUKE LEFEVER,

Plaintiff,

vs.

NEBRASKA DEPARTMENT OF
CORRECTIONAL SERVICES, in their
Official and Individual capacities; A.W.
CRUICKSHANK, KEVIN WILKEN,
P.L.I.O, in their Official and Individual
capacities; C.O. SCHULTS, in their
Official and Individual capacities; and
C.O. DE LOS SANTOS, in their
Official and Individual capacities;

Defendants.

**8:23CV187**

**MEMORANDUM AND ORDER**

On February 13, 2026, the Court entered an order dismissing Plaintiff's Claims 1 and 3 for failure to state a claim. The Court concluded the remainder of the second amended complaint, Claims 2, 4, 5, and 6 were misjoined. Plaintiff was given until March 16, 2026, to file a motion to sever any of Claims 2, 4, 5, and 6 of his second amended complaint into separate lawsuits, each claim being assigned a separate case number and each requiring a $405 filing fee. Plaintiff was advised that any claim not timely identified to be severed will be dismissed.

Plaintiff has not filed a motion to sever, and the deadline for doing so has passed.

Accordingly,

IT IS ORDERED:

1.    This matter is dismissed without prejudice.

2.    A separate judgment will be entered.

Dated this 2nd day of April, 2026.

BY THE COURT:

_____

John M. Gerrard
Senior United States District Judge